Transit Corporation and against the Welsh Bros. Contracting Co., Inc., from which the latter appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

Joseph Nahoum, Appellant, v. Merchants Bank of New York, Respondent, and Others, Defendants.— In an action brought to recover moneys allegedly paid unlawfully from plaintiff's deposit account in the respondent bank, and for other relief as against individual defendants, the two orders (1) denying plaintiff's motion for partial summary judgment and for other relief, and (2) directing the examination before trial of the plaintiff as an adverse party and the production of books and records, and directing the plaintiff to furnish a bill of particulars with respect to certain items enumerated in the notice of motion of the respondent bank, dated January 9, 1940, in so far as appealed from, are affirmed, with ten dollars costs and disbursements. The examination is directed to proceed on five days' notice and the bill to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

Mary Pokorney and Frances and Rosemary Pokorney, Infants, by Their Guardian ad Litem, Charles Ruprich, and George Pokorney, Respondents, v. Rosa Spera, Appellant.— In an action to recover damages for personal injuries sustained by plaintiffs from a fire in a multiple dwelling owned by defendant, the claim being that the defendant had violated the Multiple Dwelling Law in certain respects, and had been guilty of other negligence, judgment was awarded to plaintiffs, from which defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

The People of the State of New York, Respondent, v. Charles Bedanoff, Appellant.— Judgment of the County Court of Queens County convicting the defendant of the crime of abortion unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Coleman R. King, True Name Coleman Raymond King, Appellant.— Judgment of the County Court of Queens County convicting the defendant of the crime of abortion unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Alfred Roberto, Appellant.— Judgment of the County Court of Queens County, convicting the defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Joseph Sokolowsky, Appellant.— Judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of leaving the scene of an accident (Vehicle and Traffic Law, § 70, subd. 5-a), and sentencing him to pay a fine of $100, or in default of payment, to a term of imprisonment for thirty days in the City Prison, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Sidney Schomer, Appellant, v. Windsor Transportation Corp. and Coney Island Dairy Products Corp., Respondents.— Plaintiff, a passenger in a taxicab owned by defendant Windsor Transportation Corp., was injured when the cab